IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 1:07cr32-SPM

CRAIG W. CARLISLE,

      Defendant.
_____/

## ORDER DENYING REQUEST FOR EARLY RELEASE

This cause comes before the Court on Defendant Craig W. Carlisle's letter (doc. 126) requesting early release. Defendant's sentence to the half-way house for a period of six months was an alternative to a prison term. Reintegrating into society is therefore not an issue. There is no basis to reduce the sentence. Accordingly, it is

ORDERED AND ADJUDGED: the request for early release is denied.

DONE AND ORDERED this 23rd day of December, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge